UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. ENSMINGER,<br><br>Appellant,<br><br>v.<br><br>NATIONAL MORTGAGE, LLC, et al.,<br><br>Appellees.<br><br>In re RICHARD A. ENSMINGER,<br><br>Debtor | No. 2:15-cv-02552-KJM<br><br>ORDER |

On February 11, 2016, the Clerk of the Bankruptcy Court notified this court that the record on appeal was incomplete in that it did not include a designation of record, statement of issues, reporter's transcript or notice regarding the transcript. Notice, ECF No. 10. That notice was served on the debtor, Richard Ensminger, who is proceeding without representation in this appeal, but was returned as undeliverable.

An appellant's failure to take the necessary steps to prosecute the appeal may be grounds for sanctions, up to and including dismissal of the appeal. *Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988). As appellant has taken no steps to complete the record necessary to

1

1 | his appeal, he is directed to show cause within thirty days of the date of this order why the appeal
2 | should not be dismissed.
3 |         IT IS SO ORDERED.
4 | DATED: March 4, 2016

                                          UNITED STATES DISTRICT JUDGE