MARY KATE SULLIVAN (State Bar No. 180203)
ADAM N. BARASCH (State Bar No. 158220)
BERNARD J. KORNBERG (State Bar No. 252006)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email:  bjk@severson.com

Attorneys for Wells Fargo Bank, N.A., As
Trustee The Holders Of The Merrill Lynch
Mortgage Investors Trust, Mortgage Loan Asset-
Backed Certificates, Series 2006-WMC1 And
Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION — SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case Nos. 2:15-cv-02552-KJM |
| Richard A. Ensminger, | Chapter 11 |
| Debtor. | Bankr. Case No. 13-35297 |
| | **ORDER DISMISSING APPEAL** |
| Richard A. Ensminger, | |
| Appellant, | |
| vs. | |
| Wells Fargo Bank, N.A., As Trustee For The Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC, | |
| Appellees. | |

11951.0712/7225092.1

1    The Court, having reviewed the stipulation between Debtor-Appellant Richard A.

2  Ensminger ("Debtor") and Respondent-Appellees Wells Fargo Bank, N.A., As Trustee For The

3  Holders Of The Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed

4  Certificates, Series 2006-WMC1 And Nationstar Mortgage LLC ("Respondents") to dismiss the

5  four appeals arising out of Debtor's bankruptcy proceeding, and for good cause showing, hereby

6  approves it

7    IT IS THEREFORE ORDERED THAT this appeal is dismissed.  Each party shall bear its

8  own costs.

9  DATED:  April 13, 2016

10

11  _____

    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING APPEAL